```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 03761
   LASHUN T PAYNE
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-0031

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 04/06/2006 and was confirmed 06/14/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors 100.00%.

      The case was dismissed after confirmation 09/12/2007.
--------------------------------------------------------------------------------
 CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
 SELECT MOTORS WRECK AUTO  SECURED           2600.00          .00        1200.00
 CITY OF CHICAGO PARKING   UNSECURED         4330.00          .00          64.66
 PEOPLES GAS LIGHT & COKE  UNSECURED         1746.30          .00          26.08
 FAIRLANE CREDIT LLC       UNSECURED             .00          .00            .00
 TIMOTHY K LIOU            REIMBURSEMENT        9.20          .00           9.20
 JUKASHA WEAUS             NOTICE ONLY     NOT FILED          .00            .00
 GSAC                      UNSECURED         7965.13          .00         118.95
 TIMOTHY K LIOU            DEBTOR ATTY      3,000.00                    3,000.00
 TOM VAUGHN                TRUSTEE                                        246.57
 DEBTOR REFUND             REFUND                                         338.77

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
 TRUSTEE                 5,004.23

 PRIORITY                                            9.20
 SECURED                                         1,200.00
 UNSECURED                                         209.69
 ADMINISTRATIVE                                  3,000.00
 TRUSTEE COMPENSATION                              246.57
 DEBTOR REFUND                                     338.77
                         ---------------     ---------------
 TOTALS                  5,004.23                5,004.23
```

            PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 06 B 03761 LASHUN T PAYNE

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/27/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 06 B 03761 LASHUN T PAYNE